IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:08-cr-7 |
| JAMES WILLIAM BROWN, | |
| Defendant. | |

**O R D E R**

      This matter is before the Court on Defendant's Second Motion for Compassionate Release. (Doc. 194.) In denying Defendant's first Motion, the Court explained that it "reviewed the entirety of the record in this case and finds that the factors set forth in 18 U.S.C. § 3553(a) weigh heavily against granting Brown compassionate release." (Doc. 192, p. 1.) The Court has reviewed the entirety of the record including Brown's most recent motion and reaches the same conclusion. Brown possessed 1,733 images of child pornography including videos depicting "adult males penetrating the vagina or anus of prepubescent females," items of children's clothing, and security camera footage from a store where Brown used to work as a loss prevention officer that focused on a young girl's body parts. (Doc. 181, pp. 20-21.) Despite this clear record of reprehensible conduct, Brown continues to blame others. Having considered the totality of circumstances, the Court finds that releasing Brown would pose a significant danger to society and would not serve the purposes of Section 3553(a). Brown needs to spend more time in prison to reflect the seriousness of the criminal conduct, to promote respect for the law, to provide just punishment, to deter future criminal conduct, to provide the opportunity for necessary rehabilitative and correctional treatment, and to protect members of the public.

2

For all these reasons as well as those stated by the United States in its Response, the Court **DENIES** Defendant James William Brown's Second Motion for Compassionate Release, (doc. 194).

**SO ORDERED**, this 29th day of July, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA